# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

CHRIS ST. CLAIR,

    Plaintiff,

vs.

THE OFFICE SUPPLIERS, INCORPORATED, a Nevada Corporation d/b/a Office Plus; BRIANNA HIGGS, an individual; and DOES I-X, inclusive,

    Defendants.

Case No.: 3:18-cv-0401-LRH-CBC

**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT [ECF No. 8 ] - First Request**

COMES NOW, Plaintiff, Chris St. Clair, by and through his counsel of record, Erickson, Thorpe & Swainston, Ltd., and Thomas P. Beko, Esq., and Defendants, The Office Suppliers, Incorporated, and Brianna Higgs, by and through their counsel of record, Holland & Hart LLP, and Dora V. Lane, Esq., and hereby agree and jointly stipulate that the Plaintiff, Chris St. Clair, shall have to and until October 29, 2018, within which to file his response to Defendants' Motion to Dismiss Plaintiff's Complaint (filed October 1, 2018 [ECF No. 8 ]), which response is currently due on October 15, 2018.

Counsel for plaintiff is currently and has been preparing an appellant's opening brief for filing in the Nevada Supreme Court on October 22, 2018, as well as responding to two other motions, and thus has been unable to respond to Defendants' motion, the preparation

of which will require extensive time and research.

This stipulation is made in good faith and not for purposes of delay.

Dated this 15th day of October, 2018.  Dated this 15th day of October, 2018.

ERICKSON, THORPE & SWAINSTON, LTD.  HOLLAND & HART LLP

By  */s/ Thomas P. Beko*  By  */s/ Dora V. Lane*
    THOMAS P. BEKO, ESQ.      DORA V. LANE, ESQ.
    (NSB No. 2653)      (NSB No. 8424)
    P. O. Box 3559      5441 Kietzke Lane, Second Floor
    Reno, NV 89502      Reno, NV 89511
    *Attorney for Plaintiff*      *Attorney for Defendants*

## **ORDER**

IT IS HEREBY ORDERED that plaintiff shall have an extension to file his response to Defendants' Motion to Dismiss Plaintiff's Complaint [ECF No. 8 ] up to and including October 29, 2018, *nunc pro tunc*.

Dated this 16th day of October, 2018.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE