UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CHRIS ST. CLAIR,<br><br>    Plaintiff,<br><br>vs.<br><br>THE OFFICE SUPPLIERS, INCORPORATED, a Nevada Corporation d/b/a Office Plus; BRIANNA HIGGS, an individual; and DOES I-X, inclusive,<br><br>    Defendants. | Case No.: 3:18-cv-0401-LRH-CBC |

### STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT [ECF No. 8] -Second Request

COMES NOW, Plaintiff, Chris St. Clair, by and through his counsel of record, Erickson, Thorpe & Swainston, Ltd., and Thomas P. Beko, Esq., and Defendants, The Office Suppliers, Incorporated, and Brianna Higgs, by and through their counsel of record, Holland & Hart LLP, and Dora V. Lane, Esq., and hereby agree and jointly stipulate that the Plaintiff, Chris St. Clair, shall have to and until November 9, 2018, within which to file his response to Defendants' Motion to Dismiss Plaintiff's Complaint (filed October 1, 2018 [ECF No. 8]), which response is currently due on October 29, 2018. (Per Order [ECF No. 12]).

Counsel for plaintiff seeks this extension based upon the press of other matters. As was noted in the First Request for extension, the plaintiff's counsel was preparing a brief on an appeal before the Nevada Supreme court and unfortunately, this process took far more

time than was initially expected. In addition, the undersigned was recently retained on two separate matters involving aviation accidents, as well as a multi-state class action suit, all of which have presented issues which require immediate attention. Because of these other matters, the undersigned has not been able to respond to the pending motion to dismiss. These issues were presented to the defendants' counsel who has graciously agreed to the requested extension.

The undersigned certifies that this stipulation is entered into in good faith and not for purposes of delay.

Dated this 26th day of October, 2018.   Dated this 26th day of October, 2018.

ERICKSON, THORPE & SWAINSTON, LTD.   HOLLAND & HART LLP

By  /s/ Thomas P. Beko   By  /s/ Dora V. Lane
THOMAS P. BEKO, ESQ.   DORA V. LANE, ESQ.
(NSB No. 2653)   (NSB No. 8424)
P. O. Box 3559   5441 Kietzke Lane, Second Floor
Reno, NV 89502   Reno, NV 89511
*Attorney for Plaintiff*   *Attorney for Defendants*

### ORDER

IT IS HEREBY ORDERED that plaintiff shall have an extension to file his response to Defendants' Motion to Dismiss Plaintiff's Complaint [ECF No.8] up to and including November 9, 2018.

IT IS SO ORDERED, *nunc pro tunc*.

DATED this 30th day of October, 2018.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE