# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| CHRIS ST. CLAIR,<br><br>Plaintiff,<br><br>vs.<br><br>THE OFFICE SUPPLIERS, INCORPORATED, a Nevada Corporation d/b/a Office Plus; BRIANNA HIGGS, an individual, and DOES I-X, inclusive,<br><br>Defendants. | Case No.: 3:18-cv-00401-LRH-CBC |

**STIPULATION AND ORDER TO EXTEND TIME FOR
DEFENDANTS TO REPLY TO PLAINTIFF'S
OPPOSITION TO DEFENDANTS' MOTION TO DISMISS [ECF No. 19]
(First Request)**

COME NOW, Defendants The Office Suppliers, Incorporated, and Brianna Higgs (collectively, "Defendants"), by and through their counsel of record, Holland & Hart LLP, and Dora V. Lane, Esq., and Plaintiff, Chris St. Clair ("Plaintiff" or "St. Clair"), by and through his counsel of record, Erickson, Thorpe & Swainston, Ltd., and Thomas P. Beko, Esq., and hereby agree and jointly stipulate that Defendants shall have to and until November 30, 2018 by which to file its Reply to Plaintiff's Opposition to Defendants' Motion to Dismiss (filed November 9, 2018 [ECF No. 19]), to which its Reply is currently due on November 16, 2018.

Counsel for Defendants has been traveling and in a deposition in Texas for another case this week, and was also previously engaged to teach a two-day class for University of Nevada, Reno (November 15-16, 2018). In addition, counsel for Defendants is covering the workload of another partner who is on sabbatical until after Thanksgiving. Accordingly, given the upcoming Thanksgiving holiday and other scheduling conflicts, Defendants respectfully request that they be given the requested extension.

This stipulation is made in good faith and not for the purpose of delay.

Dated this 14th day of November, 2018.

ERICKSON, THORPE & SWAINSTON, LTD.

By: /s/ Thomas P. Beko
THOMAS P. BEKO, ESQ.
(NSB No. 2653)
P. O. Box 3559
Reno, NV 89511
Attorney for Plaintiff

Dated this 14th day of November, 2018.

HOLLAND & HART LLP

By: /s/ Dora V. Lane
DORA V. LANE, ESQ.
(NSB No. 8424)
5441 Kietzke Lane, Second Floor
Reno, NV 89502
Attorney for Defendants

**O R D E R**

IT IS HEREBY ORDERED that Defendants shall have an extension to file their Reply to Plaintiff's Opposition to Defendants' Motion to Dismiss Plaintiff's Complaint [ECF No. 19] up to and including November 30, 2018.

Dated this 15th day of November, 2018.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE