# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| CHRIS ST. CLAIR,<br><br>        Plaintiff,<br><br>vs.<br><br>THE OFFICE SUPPLIERS, INCORPORATED, a Nevada Corporation d/b/a Office Plus; BRIANNA HIGGS, an individual, and DOES I-X, inclusive,<br><br>        Defendants. | Case No.: 3:18-cv-00401-LRH-CBC<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Plaintiff Chris St. Clair and Defendants, The Office Suppliers, Incorporated, and Brianna Higgs, by and through their respective counsel of record, hereby agree and stipulate that all claims that were or could have been asserted in this matter shall be dismissed with prejudice,

///

///

///

///

///

with each party to bear their own attorney's fees and costs.

DATED this 8th day of February, 2019.

Dated this 8th day of February, 2019.					Dated this 8th day of February, 2019.

ERICKSON, THORPE & SWAINSTON, LTD.				HOLLAND & HART LLP

By:	_/s/ Thomas P. Beko_					By:	_/s/ Dora V. Lane_
	THOMAS P. BEKO, ESQ.						DORA V. LANE, ESQ.
	(NSB No. 2653)								(NSB No. 8424)
	P. O. Box 3559								5441 Kietzke Lane, Second Floor
	Reno, NV 89511								Reno, NV 89502
	Attorney for Plaintiff						Attorney for Defendants

**IT IS SO ORDERED:**

Dated: February 8, 2019.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE